UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAY SCHIFF,<br><br>                Plaintiff,<br><br>    v.<br><br>ZM EQUITY PARTNERS, LLC, CENTRE LANE PARTNERS, LLC, QUINN MORGAN, 10TH LANE PARTNERS, LP, and JOHN DOE SUCCESSOR whose identity is unknown,<br><br>                Defendants. | Civil Action No. 1:19-cv-04735-WHP-KHP<br><br>ECF Case<br><br>**ORAL ARGUMENT REQUESTED** |

## DECLARATION OF REBECCA BRAZZANO
## IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
## <u>PLAINTIFF'S AMENDED VERIFIED COMPLAINT</u>

I, Rebecca Brazzano, declare as follows under penalty of perjury that the following is true and correct:

1. I am a partner at the law firm of Thompson Hine LLP, counsel for ZM EQUITY PARTNERS, LLC, CENTRE LANE PARTNERS, LLC, QUINN MORGAN, and 10TH LANE PARTNERS, LP (collectively "Defendants").

2. I have knowledge of all facts set forth in this Declaration based upon my own personal knowledge and am competent to testify to them.

3. I submit this declaration in support of the Defendants Motion to Dismiss plaintiff Jay Schiff's ("Plaintiff" or "Schiff") Amended Verified Complaint ("Amended Complaint", Dkt. 47). A true and correct copy of the Amended Company is Exhibit A hereto.

4. As detailed in the Memorandum of Law filed herewith, Plaintiff's Amended Complaint fails to remedy the errors identified in my correspondence to the Court dated May 29, 2019 (ECF No. 16, a true and correct copy of my May 29, 2019 correspondence to Judge

Pauley is Exhibit B hereto), nor does the Amended Complaint address the Court's guidance provided at the September 18, 2019 conference held before this Court. A true and correct copy of the transcript from the September 18, 2019 conference is Exhibit C hereto.

5. Based upon a computer generated compare of the Complaint against the Amended Complaint, the sum total of Plaintiff's substantive revision are as follows: "10th Lane Partners, LLC" changed to "10th Lane Partners LP" (Caption; ¶ 22); Members and partners of the entity defendants are identified, based on Defendants Notice of Removal. (¶¶ 19-23); new allegation that ZM Equity was wound up in contravention of the Delaware LLC Act. (¶ 20); Successor liability alleged against 10th Lane Partners, based on representations made by Defendants' counsel. (¶¶ 111, 159); and "John Doe Successor" – a potential unknown successor entity to ZM Equity, is added as a defendant in case ZM Equity's successor is something other than Centre Lane or 10th Lane Partners. (Caption; ¶¶ 24, 111, 160).

6. For all of the reasons set forth in the accompanying Memorandum of Law, the Amended Complaint should be dismissed.

Dated: November 21, 2019
      New York, New York

                                                /s/Rebecca Brazzano
                                                Rebecca Brazzano